UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CAESAR RAMIREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. 23-cv-00554 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a California prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. On May 16, 2023, the Court denied Petitioner's motion for leave to proceed *in forma pauperis* because Petitioner failed to show an adequate level of poverty; the balance shown on his prisoner trust fund account statement is $848.57 as of March 10, 2023. Dkt. No. 9, citing Dkt. No. 8. Petitioner was directed to pay the $5.00 filing fee within twenty-eight days, *i.e.*, by June 13, 2023. Dkt. No. 8. The deadline has since passed, and Petitioner has failed to pay the filing fee or have any further communication with the Court. Accordingly, this matter is DISMISSED for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: ___June 28, 2023_____

　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge